# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of Petronas Azerbaijan (Shah Deniz) S.à r.l and Petronas South Caucasus S.à r.l, pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,<br><br>Petitioners. | Misc. Case No. M-_____ |

**ORDER APPROVING APPLICATION OF PETRONAS AZERBAIJAN (SHAH DENIZ) S.À R.L AND PETRONAS SOUTH CAUCASUS S.À R.L, PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings (the "**Application**"), filed by Petitioners Petronas Azerbaijan (Shah Deniz) S.à r.l and Petronas South Caucasus S.à r.l on May 28, 2024. This Court, having reviewed the Application, the Memorandum of Law in support thereof, the Declarations of Gonzalo S. Zeballos, Pedro Soriano Mendiara, and Fabio Trevisan, together with the exhibits attached thereto, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioners' Application.

It is therefore ORDERED that Petitioners are granted to leave to serve the subpoenas attached as Exhibits B-O to the Application on: Evergreen Parent GP LLC; Therium Capital Management (USA) Inc.; Deutsche Bank AG; HSBC Bank USA; Citibank, N.A.; JP Morgan Chase & Co.; The Bank of New York Mellon; UBS AG; UniCredit Bank GmbH; UniCredit S.p.A.; Banco Santander, S.A.; Banco Bilbao Vizcaya Argentaria, S.A.; CaixaBank, S.A.; and Banco de Sabadell, S.A., respectively.

IT IS SO ORDERED.

Dated: _____. 2024

_____
United States District Judge